IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STABIL LLC, *et al.*,<br><br>                    Petitioner-Appellees,<br><br>v.<br><br>RUSSIAN FEDERATION,<br><br>                    Respondent-Appellant. | No. 25-7005<br>On Appeal from a Judgment entered by the United States District Court for the District of Columbia, Civil Action No. 1:22-cv-00983-TNM |

**STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's January 13, 2025 Order, Defendant-Appellant Russian Federation (the "Federation") hereby submits this statement of issues to be raised in this appeal. The Federation requests review of the Memorandum Opinion and Order of the United States District Court for the District of Columbia, the Honorable Trevor N. McFadden, in *Stabil LLC, et al. v. Russian Federation*, No. 1:22-cv-00983-ACR (District Court Docket No. 36), entered on December 12, 2024.

The following issues are raised on appeal:

1. Whether the district court erred in holding that it had subject matter jurisdiction to enforce the underlying arbitral award against the Federation under the FSIA's arbitration exception to immunity, 28 U.S.C. § 1605(a)(6), even though there was no agreement to arbitrate between the parties and the award is not

governed by a treaty signed by the United States calling for the recognition and enforcement of arbitral awards.

2.  Whether the Federation waived immunity from suit under 28 U.S.C. § 1605(a)(1) simply by acceding to the New York Convention.

3.  Whether the district court erred in exercising personal jurisdiction over the Federation where the dispute has no connection with the United States.

Dated: Washington, D.C.
       February 12, 2025

                    Respectfully submitted,

                    CURTIS, MALLET-PREVOST,
                    COLT & MOSLE LLP

                    By: */s/ Joseph D. Pizzurro*
                    Joseph D. Pizzurro
                    (D.C. Bar No. 468922)
                    Kevin A. Meehan
                    (D.C. Bar No. 1613059)
                    1717 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20006
                    Tel.: (202) 452-7373
                    Fax: (202) 452-7333
                    Email: jpizzurro@curtis.com
                    Email: kmeehan@curtis.com

                    *Attorneys for Appellant Russian Federation*